**Peter SMITH, Respondent,**

v.

**GENERAL MOTORS CORPORATION, Petitioner.**

**No. C3–85–1128.**

Supreme Court of Minnesota.

Sept. 19, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Peter Smith for further review be, and the same is, denied.